IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

RYAN THOMAS PICK,

    Petitioner,

    v.

CHADWICK DOTSON, *Director of the Virginia Department of Corrections*,

    Defendant.

Case No. 2:24-cv-481

## ORDER

Petitioner Ryan Thomas Pick seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his 2019 convictions in the Circuit Court for Hanover County, Virginia for use of a communication system for the purpose of promoting or procuring the use of a minor in a sexual act and use of a communication system for the purpose of soliciting a minor he knew or had reason to believe was less than 15 years old. ECF No. 1. Respondent Chadwick Dotson, Director of the Virginia Department of Corrections, moved to dismiss the petition. ECF No. 9. The petitioner did not file a response to the motion. Before the Court is an unopposed Report and Recommendation, in which the Honorable Lawrence R. Leonard, United States Magistrate Judge, concluded that the petition is untimely, the respondent's motion to dismiss should be granted, and this matter should be dismissed. ECF No. 18.

Judge Leonard advised the parties of their rights to object to his findings and recommendations and explained that failure to timely object would result in a waiver of appeal from a judgment of this Court based on such findings and recommendations.

ECF No. 18 at 8 (citing 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *Thomas v. Arn*, 474 U.S. 140 (1985); *Carr v. Hutto*, 737 F.2d 433 (4th Cir. 1984); *United States v. Schronce*, 727 F. 2d 91 (4th Cir. 1984)). The time to file an objection has expired, and neither party objected to the Report and Recommendation.

In the absence of a specific written objection, this Court may adopt a Magistrate Judge's recommendations without conducting a *de novo* review, unless the recommendations are clearly erroneous or contrary to law. *See* Fed. R. Civ. P. 72(b)(2); *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982) (citations omitted); *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 316 (4th Cir. 2005).

The Court has reviewed Judge Leonard's findings and recommendations and found no clear error. Accordingly, the Report and Recommendation (ECF No. 18) is **ADOPTED.**

The respondent's Motion to Dismiss (ECF No. 9) is **GRANTED**.

This action is **DISMISSED WITH PREJUDICE**.

The Clerk is **DIRECTED** to send a copy of this Order to the petitioner.

**IT IS SO ORDERED.**

/s/ Jamar K. Walker
United States District Judge

Norfolk, Virginia
September 3, 2025